UNITED STATES of America,
Plaintiff–Appellee,

v.

Jeremy Bruce SHIPP, a.k.a. Eddie
Travis, Defendant–Appellant.

No. 11–11991
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 11, 2012.

Michelle Schieber, U.S. Attorney's Office, Macon, GA, Dean S. Daskal, Melvin E. Hyde, Jr., Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

William L. Kirby, III, Attorney at Law, Columbus, GA, for Defendant–Appellant.

Before DUBINA, Chief Judge, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

William L. Kirby III, appointed counsel for Jeremy Bruce Shipp in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Shipp's revocation of supervised release and resulting sentence are AFFIRMED.